UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **OGDEN N. LEWIS, as personal administrator of the Estate of Ogden N. Lewis, Jr.** )<br>)<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| v. ) | Civil Action No. 03-159-B-S |
| ) | |
| **ROBERT A. D. PIKE,** )<br>) | |
| **Defendant.** ) | |

SUGGESTION OF BANKRUPTCY
OF DEFENDANT ROBERT A. D. PIKE

The defendant Robert A.D. Pike suggests upon the record that on May 28, 2004, he filed a petition for Chapter 7 bankruptcy in the District of Maine, Docket No. 04-20846.

Date:  June 1, 2004

                                                    /s/ Charles Harvey
                                                    Attorney for Defendant
                                                    Robert A. D. Pike

Charles Harvey
Harvey & Frank
Two City Center
P.O. Box 126
Portland, ME  04112-0126
(207) 775-1300

2

**Certificate of Service**

      The above-signed attorney hereby certifies that this filing has been served on all counsel of record on the above date by deposit in the United States Mail, first class postage prepaid.