UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| OGDEN N. LEWIS, as Personal Administrator of the Estate of Ogden N. Lewis, Jr.,<br><br>v.<br><br>ROBERT A D PIKE | )<br>)<br>)<br>)  CIVIL NO. 03-CV-159-B-S<br>)<br>) |

## ORDER

All further action in the above matter having been stayed pending the resolution of bankruptcy proceedings, and there appearing to be no further reason at this time to maintain the file as an open case for statistical purposes, this case shall now be administratively closed.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate them in the same manner as if this Order had not been entered.

SO ORDERED.

                                        WILLIAM S. BROWNELL
                                      CLERK


                    BY:   /s/ Matt Osterrieder
                             Deputy Clerk

Dated this 2nd day of June, 2004.